IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **RICKEY LYNN RILEY,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION No. 6:07cv324 |
| **COZBY-GERMANY HOSPITAL,** | § § § | |
| Defendants. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge (Doc. No. 14) regarding disposition of the above-titled action has been presented for consideration. No objections have been filed. Having carefully considered the findings and recommendation of the Magistrate Judge, the Court is of the opinion that Magistrate Judge's recommendation is correct. According, it is hereby **ORDERED** that all of Plaintiff's claims be **DISMISSED** without prejudice.

**So ORDERED and SIGNED this 16th day of October, 2008.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE